**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS RETIREMENT FUND, LOCAL 597; *et al.* | ) ) ) | CASE NO. 09-C-5080 |
| Plaintiffs, | ) ) | JUDGE: ZAGEL |
| vs. | ) ) ) | MAGISTRATE JUDGE: DENLOW |
| COMPASS MECHANICAL SERVICES, INC., an Illinois Corporation; and RAUL ROMERO, an Individual. | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Compass Mechanical Services, Inc.          Raul Romero
     Allocco, Miller & Cahill, P.C.              Allocco, Miller & Cahill, P.C.
     3409 N. Paulina Street                      3409 N. Paulina Street
     Chicago, Illinois 60657                     Chicago, Illinois 60657

   PLEASE TAKE NOTICE that on **Thursday, January 28, 2010,** I shall appear before the **Honorable Judge Zagel** at approximately **10:15 a.m. in Courtroom 2503**, or any Judge sitting in his stead at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present the attached **Plaintiffs' Motion for Leave to File First Amended Complaint.**

                                        Respectfully submitted,

                                        **JOHNSON & KROL, LLC**

                                        /s/ Jeffrey A. Krol - 6300262
                                        One of Plaintiffs' Attorneys

Jeffrey A. Krol
**JOHNSON & KROL, LLC**
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
312-372-8587

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on today's date, Tuesday, January 26, 2010, at approximately 11:30 a.m. he served a copy of the above **Notice of Motion** and **Plaintiffs' Motion for Leave to File First Amended Complaint** via the Court's CM/ECF to the attorneys' who have filed appearances on behalf of the Defendants and a courtesy copy was hand delivered to the Court as indicated on the Notice of Electronic Filing.

/s/ Jeffrey A. Krol - 6300262
One of Plaintiffs' Attorneys